ILLINOIS CENT. R. CO. v. BOUSLOG. (Circuit Court of Appeals, Fifth Circuit. March 5, 1900.) No. 853. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. Girault Farrer, for plaintiff in error. Chas. S. Rice, A. E. Billings, and R. B. Montgomery, for defendant in error. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court in this case is affirmed.

---

THE LADY WIMETT. (Circuit Court of Appeals, Second Circuit. January 24, 1900.) No. 59. Appeal from the District Court of the United States for the Northern District of New York. John W. Ingraham, for appellant. Geo. S. Potter, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with costs, on opinion of court below. 92 Fed. 399.

---

LAPPIN BRAKE-SHOE CO. v. CORNING BRAKE-SHOE CO. (Circuit Court of Appeals, Second Circuit. March 14, 1900.) No. 115. Appeal from the Circuit Court of the United States for the Northern District of New York. J. D. Gallagher, for appellant. Edmund Westmore, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with costs, on opinion below. 94 Fed. 162.

---

LAWRENCE v. GRAND RAPIDS SAV. BANK. (Circuit Court of Appeals, Sixth Circuit. November 15, 1899.) No. 702. In Error to the Circuit Court of the United States for the Western District of Michigan. N. A. Fletcher, for plaintiff in error. Willard A. Keeney, for defendant in error. No opinion. Affirmed.

---

LEDOUX v. FORRESTER et al. (Circuit Court of Appeals, Ninth Circuit. January 8, 1900.) No. 568. Appeal from the Circuit Court of the United States for the Eastern Division of the District of Washington. W. B. Heyburn, Littleton Price, E. M. Heyburn, and L. A. Doherty, for appellant. Albert Allen, for appellees. Dismissed pursuant to stipulation of counsel. See (C. C.) 94 Fed. 600.

---

MACY et al. v. PERRY. (Circuit Court of Appeals, Second Circuit. February 6, 1900.) No. 603. Appeal from the District Court of the United States for the Southern District of New York. Frederick M. Brown, for appellant. J. Parker Kirlin, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We are satisfied with the decision of the court below, and concur in the opinion of the district judge (91 Fed. 671) in respect to all the questions presented by the assignments of error of the appellant. The decision is therefore affirmed, with interest and costs.